|  |  |
|---|---|
| 776458<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for Secured Creditor: WELLS FARGO BANK, NA<br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on August 26, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SINIA L. HERNANDEZ | Case No: 16-17007 - VFP<br><br>Hearing Date: 08/18/2016<br><br>Judge:  Vincent F. Papalia |

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 26, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**NJID 776458**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for WELLS FARGO BANK, NA</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    SINIA L. HERNANDEZ

    Debtors

CASE NO. 16-17007 - VFP

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 08/18/2016

    This Consent Order pertains to the property located at 113 NORTH 11TH STREET, NEWARK, NJ 07107-1117, mortgage account ending with "0303";

    THIS MATTER having been brought before the Court by, Avram D White, Esquire attorney for debtors, SINIA L. HERNANDEZ upon the filing of a Chapter 13 Plan, WELLS FARGO BANK, NA by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    IT IS on the _____ day of _____, 2016, ORDERED as follows:

    1.    The debtors plan is hereby amended to allow $323,038.59 to be paid WELLS FARGO BANK, NA. Said amount reflects that found on WELLS FARGO BANK, NA's Proof of Claim.

    2.    The Trustee is authorized not to pay the secured arrearage claim of WELLS FARGO BANK, NA so debtor can apply and potentially complete a loan modification. Should the debtor qualify for a loan modification, the loan modification must be approved no later than 11/17/2016, or as further extended by the court.

    3.    If the loan modification is approved, the debtors shall file a Modified Plan, together with amended Schedule "J" reflecting debtors post loan modification budget, within 30 days of approval of final loan modification.

    4.    If a loan modification is not approved by 11/17/2016, or as further extended by the court, then debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage

claim; 2) file a Modified Plan to surrender the property subject to said claim; 3) file a Notice to Convert to Chapter 7; or 4) file a Notice to Dismiss Case.

     5.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
WELLS FARGO BANK, NA

/s/ John Schneider
John Schneider, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 7367
Fax: 856-813-5501
Email: john.schneider@phelanhallinan.com

                          Dated: 8/23/2016

/s/ Avram White                     Dated: 8/23/2016
   Avram D White, Esquire
   Attorney for debtors